| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

WALLACE THEATER, LLC, §
ET AL., §
 §
       Plaintiffs, §
 §
*versus* § CIVIL ACTION NO. 1:08-CV-339
 §
EMPLOYERS INSURANCE §
COMPANY OF WAUSAU, §
 §
       Defendant. §

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on June 24, 2008. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter final judgment pursuant to the parties' agreed stipulation of dismissal.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 8th day of October, 2009.

                                                              MARCIA A. CRONE
                                           UNITED STATES DISTRICT JUDGE